UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No. 15-10153-WGY |
| | ) |
| | ) **Count One:** Conspiracy to Provide Material |
| | ) Support to Designated Foreign Terrorist |
| | ) Organization - 18 U.S.C. § 2339B(a)(1) and |
| (1) David Daoud Wright, | ) Aiding and Abetting - 18 U.S.C. § 2; |
| a/k/a Dawud Sharif Wright, | ) |
| a/k/a Dawud Sharif Abdul Wright, | ) **Count Two:** Conspiracy to Obstruct Justice – |
| a/k/a Dawud Sharif Abdul Khaliq, | ) 18 U.S.C. § 371; |
| | ) |
| | ) **Count Three:** Obstruction of Justice – |
| | ) 18 U.S.C. § 1519 and Aiding and Abetting – |
| | ) 18 U.S.C. § 2; |
| | ) |
| Defendant. | ) **Count Four:** Conspiracy to Commit Acts of |
| | ) Terrorism Transcending National Boundaries - |
| | ) 18 U.S.C. § 2332b(a)(2) & (c); and |
| | ) |
| | ) **Count Five:** Obstruction of Justice – |
| | ) 18 U.S.C. § 1519. |

## SECOND SUPERSEDING INDICTMENT

The Grand Jury charges:

INTRODUCTORY ALLEGATIONS

1.  David Daoud Wright a/k/a Dawud Sharif Wright a/k/a Dawud Sharif Abdul Wright a/k/a Dawud Sharif Abdul Khaliq ("WRIGHT") is a United States citizen who at all pertinent times lived in Everett, Massachusetts. WRIGHT's uncle, Usaamah Abdullah Rahim ("Rahim"), resided in Roslindale, Massachusetts until his death at approximately 7:15 a.m. on June 2, 2015. Nicholas Rovinski a/k/a Nuh Amriki a/k/a Nuh al Andalusi ("Rovinski") is a United States citizen who at all pertinent times lived in Warwick, Rhode Island.

2.  In or about June 2014, WRIGHT began discussing with Rahim his (WRIGHT's)

1

support of the Islamic State of Iraq and the Levant ("ISIL") and the need to commit acts of violence in support of ISIL.  Additionally, in or about November 2014, WRIGHT met Rovinski online and began communicating with him.  WRIGHT, Rovinski, and Rahim shared a common goal to support ISIL.

## I.    Background of ISIL

3.     On October 15, 2004, the United States Secretary of State designated al-Qa'ida in Iraq, then known as Jam'at al Tawhid wa'al-Jihad, as a Foreign Terrorist Organization ("FTO") under Section 219 of the Immigration and Nationality Act and as a Specially Designated Global Terrorist under section 1(b) of Executive Order 13224.  On May 15, 2014, the United States Secretary of State formally amended the existing designation of al-Qa'ida in Iraq as a Foreign Terrorist Organization to add the alias Islamic State of Iraq and the Levant as its primary name. The Secretary also added the following aliases to the ISIL listing: the Islamic State of Iraq and al-Sham (ISIS), the Islamic State of Iraq and Syria (ISIS), ad-Dawla al-Islamiyya fi al-'Iraq wa-sh-Sham, Daesh, Dawla al Islamiya, and Al-Furqan Establishment for Media Production (all collectively referred to herein as "ISIL").  On September 21, 2015, the Secretary added the following aliases to the ISIL listing: Islamic State, ISIL, and ISIS.  To date, ISIL remains a designated FTO.

4.     The State Department has reported that, among other things, ISIL has committed systematic abuses of human rights and violations of international law, including indiscriminate killing and deliberate targeting of civilians, mass executions and extrajudicial killings, persecution of individuals and communities on the basis of their identity, kidnapping of civilians, forced displacement of Shia communities and minority groups, killing and maiming of children,

2

rape, and other forms of sexual violence. According to the State Department, ISIL has recruited thousands of foreign fighters to Iraq and Syria from across the globe and has used technology to spread its violent extremist ideology and to incite others to commit terrorist acts.

5. Beginning in 2014, using social media, ISIL has called for attacks against citizens—civilian and military—of the countries participating in the United States-led coalition against ISIL. For instance, on September 21, 2014, ISIL released a speech of Abu Muhammed Al-Adnani, a senior leader and official spokesman of ISIL. In this speech, entitled, "Indeed Your Lord is Ever Watchful," Al-Adnani calls on Muslims who support ISIL from around the world to "defend the Islamic State" and to "rise and defend your state from your place where you may be." Additionally, since in or about June 2014, ISIL has been distributing beheading videos to demonstrate, among other things, an acceptable method of killing people who are believed to be non-believers, or infidels.

6. Since late 2014, using social media, members of ISIL have encouraged individuals to kill specific persons or groups of persons such as members of the military and law enforcement within the United States. For example, in March 2015, ISIL posted the names and addresses of 100 U.S. military service members on the internet and instructed their supporters to "kill them in their own lands, behead them in their own homes, stab them to death as they walk their streets thinking they are safe …"

**II.   The Plot to Support ISIL**

7. Beginning in or about January 2015, WRIGHT began discussing ISIL's calls to kill the "kufar," non-believers, in the United States with Rahim and Rovinski.

8. On January 20, 2015, Rovinski downloaded all six issues of ISIL's Dabiq

3

magazine.

9. By at least February 2015, WRIGHT and Rahim had heeded the call of ISIL to attack non-believers in the United States and began plotting and recruiting members for their "martyrdom" operation. For this initiative, in or about March 2015, WRIGHT obtained and studied a jihadist manual, entitled "How to Survive in the West," which details "how to become a Sleeper-cell" in the West until ordered to attack.

10. In or about April 2015, WRIGHT drafted organizational documents for a "Martyrdom Operations Cell." Between in or about April 2015 and in or about June 2015, WRIGHT also conducted extensive research using the internet in furtherance of this operation. Among other things, WRIGHT conducted internet searches on firearms, tranquilizer guns, and law enforcement capabilities, and performed search queries such as the following: "what is the most flammable chemical;" "which tranquilizer puts humans to sleep instantly;" and "how to start a secret militia in [the] US."

11. By at least April 2015, WRIGHT, Rahim, and Rovinski had decided to commit attacks and kill persons inside the United States, which they believed would support ISIL's objectives. By May 2015, they had agreed that their attack plan would include the beheading of at least one person (Intended Victim-1), a New York woman, whom ISIL had identified for murder through a "fatwah," or religious decree, to ISIL supporters. Intended Victim-1 had organized a Muhammad Art Exhibit and Contest at the Curtis Culwell Center in Garland, Texas on May 3, 2015, which included cartoons depicting the Prophet Muhammad. Separately, the contest was attacked by two armed men, Elton Simpson and Nadir Soofi, who wounded a security guard before law enforcement shot and killed both attackers.

4

12. Beginning in or about February 2015, and continuing until his death on June 2, 2015, Rahim had communicated with ISIL members located overseas. One of the ISIL members with whom he communicated was Junaid Hussain ("Hussain"). Hussain, an English speaking ISIL member who used the *nom de guerre* or *kunya* Abu Hussain al-Britani, used Twitter to encourage terrorist attacks in the United States and Europe against persons whom ISIL believed should be targeted for execution, including Intended Victim-1. Shortly before the attempted attack on the Garland event organized and attended by Intended Victim-1, Elton Simpson issued a tweet in which he proclaimed his allegiance to Abu Bakr al-Baghdadi, the leader of ISIL, and asked that "Allah accept us [Simpson and Soofi] as mujahideen [those engaged in violent jihad]." Minutes after the thwarted Garland attack on May 3, 2015, Hussain, using Twitter, stated that "2 of our brothers just opened fire at the Prophet Mohammad ... art exhibition in texas!" and instructed ISIL's supporters to "Kill Those That Insult the Prophet - #GarlandShooting." Beginning in or about May 2015, Hussain directly communicated with Rahim, and Rahim in turn communicated Hussain's instructions with regard to the murder of Intended Victim-1 to WRIGHT.

13. Between on or about May 25, 2015, and May 27, 2015, Rahim purchased three knives ranging in length from 13 to 15 inches on Amazon.com, the last of which were delivered to Rahim on May 30, 2015.

14. Rovinski also communicated with people overseas about his desire to support ISIL and his "intention" to engage in acts of violence on behalf of ISIL. Between in or about April 2015 and in or about June 2015, Rovinski researched knives and weapons using the internet. For instance, Rovinski viewed videos about making weapons on YouTube and

downloaded them to his account.

15. On May 31, 2015, WRIGHT, Rovinski, and Rahim met for more than two hours on a secluded beach in Rhode Island. During that meeting, the three men discussed a plan to behead Intended Victim-1. On May 30, 2015, in preparation for his meeting with WRIGHT and Rahim on May 31, 2015 to discuss beheading enemies of ISIL, Rovinski researched saws and cutting and chopping tools using the internet.

16. WRIGHT, Rovinski, and Rahim all understood that law enforcement was investigating persons in the United States that supported ISIL and that their actions in support of ISIL would similarly be investigated by law enforcement. Accordingly, they agreed not to share information about their plans with anyone who had not pledged allegiance, or given "bayah," to ISIL.

17. On the morning of June 2, 2015, Rahim informed WRIGHT that he could not wait until July 4, 2015 to go after their target (Intended Victim-1) and intended to "go after" the "boys in blue," a slang term used to describe police officers, in Massachusetts on that day or the next day. WRIGHT encouraged and supported Rahim's plan to attack the police and die as a "martyr."

18. WRIGHT, knowing that law enforcement would be conducting an investigation of Rahim's actions after Rahim attacked the police, instructed Rahim to "completely" destroy his smartphone and "completely wipe out everything" from his laptop computer. Rahim followed WRIGHT's instructions and initiated the process of restoring his computer to the original factory operating system so as to delete or wipe all the data it contained.

19. At approximately 7:15 a.m. on June 2, 2015, less than two hours after WRIGHT

encouraged Rahim to attack police officers in Massachusetts, Rahim was in a public parking lot in Roslindale, when he was approached by Boston Police Officers and FBI Special Agents. Rahim took out one of the three knives he had purchased from Amazon.com when he saw the officers and agents. The officers and agents told Rahim to drop his weapon and Rahim responded, "you drop yours." Rahim then moved towards the officers and agents while brandishing his weapon, and he was shot by law enforcement.

20. At approximately 7:29 a.m. on June 2, 2015, a family member called WRIGHT and informed him that Rahim had attempted to attack a police officer and was shot. During this conversation, WRIGHT denied having any knowledge of Rahim's plans to attack the police. Within minutes of learning that Rahim had been shot, at approximately 7:40 a.m., WRIGHT deleted data on his laptop computer by restoring his computer to its original factory settings. WRIGHT also deleted call logs on his mobile phone that showed that he had spoken to Rahim on the morning of June 2, 2015.

21. The Federal Bureau of Investigation's ("FBI's") Joint Terrorism Task Force ("JTTF") led the investigation into Rahim's actions and the ISIL-motivated attack plans of Rahim, WRIGHT, and Rovinski. As part of that investigation, on June 3, 2015, FBI's JTTF executed a search warrant at Rahim's residence. In Rahim's bedroom, they found a running laptop computer, which was being restored to its original "factory settings" and deleting its contents. The agents also found a handwritten will signed by Rahim on a desk in the living room area.

22. On or about June 12, 2015, Hussain used Twitter to publicly and openly describe "Usaamah Rahim" as a martyr in Boston who was involved in a beheading plot to kill Intended

Victim-1. Hussain further acknowledged that he had spoken to Rahim and during their last conversation, Hussain had instructed Rahim to carry a knife in case the "feds" tried to arrest him. On or about August 24, 2015, Hussain was killed in an airstrike in Raqqah, Syria, a city which ISIL considers to be its capital.

23. After Rovinski was arrested on June 11, 2015, he continued to engage in activity designed to further the conspirators' plan to commit violent attacks inside the United States. In or about August 2015, Rovinski again pledged his allegiance to ISIL and its leader, "Abu Bakr al-Baghdadi," by writing his pledge of support on the back of the criminal complaint that had charged him in this case. Additionally, while in jail, Rovinski has attempted to recruit people to assist in the execution of their plan to commit violent attacks in the United States and to decapitate non-believers.

**COUNT ONE:** (18 U.S.C. § 2339B(a)(1) – Conspiracy to Provide Material Support to a Designated Foreign Terrorist Organization); and
(18 U.S.C. § 2 – Aiding and Abetting)

The Grand Jury further charges that:

The allegations contained in paragraphs 1-23 are hereby re-alleged and incorporated by reference as if fully set forth herein.

From a date unknown but no later than in or about February 2015 and continuing until at least August 2015, in the District of Massachusetts and elsewhere,

**(1) DAVID DAOUD WRIGHT,
a/k/a DAWUD SHARIF WRIGHT,
a/k/a DAWUD SHARIF ABDUL WRIGHT,
a/k/a DAWUD SHARIF ABDUL KHALIQ,**

defendant herein, did knowingly conspire and agree with Usaamah Abdullah Rahim and Nicholas Alexander Rovinski a/k/a Nuh Amriki a/ka Nuh Andalusi, and with others known and unknown to the grand jury, to provide material support and resources, as that term is defined in Title 18, United States Code, Section 2339A(b), to wit, services and personnel, including themselves, to a foreign terrorist organization, namely, the Islamic State in Iraq and the Levant, which the Secretary of State has designated as a foreign terrorist organization, knowing that the organization was a designated foreign terrorist organization, and that the organization had engaged in and was engaging in terrorist activity and terrorism.

All in violation of 18 U.S.C. §§ 2339B(a)(1) and 2.

**COUNT TWO:**        (18 U.S.C. § 371 - Conspiracy to Obstruct Justice)

The Grand Jury further charges that:

The allegations contained in paragraphs 1-23 are hereby re-alleged and incorporated by reference as if fully set forth herein.

On or about June 2, 2015, in the District of Massachusetts,

**(1) DAVID DAOUD WRIGHT,
a/k/a DAWUD SHARIF WRIGHT,
a/k/a DAWUD SHARIF ABDUL WRIGHT,
a/k/a DAWUD SHARIF ABDUL KHALIQ,**

defendant herein, did knowingly conspire, combine, confederate and agree with Usaamah Abdullah Rahim to commit an offense against the United States, to wit, Obstruction of Justice, in violation of 18 U.S.C. § 1519, by agreeing to knowingly alter, destroy, mutilate, conceal, and cover up tangible objects belonging to Rahim, namely a smartphone and laptop computer, with the intent to impede, obstruct, and influence an investigation and proper administration of a matter within the jurisdiction of the Federal Bureau of Investigation, an agency of the United States Government, and in relation to and contemplation of such investigation and matter.

OVERT ACTS

In furtherance of the conspiracy, and to effect its objects, the defendant and his co-conspirator committed overt acts, including, but not limited to, the following:

a.    On the morning of June 2, 2015, after Rahim informed WRIGHT that he intended to "go after" the "boys in blue," WRIGHT instructed Rahim to "completely destroy" his smartphone.

b.    On the morning of June 2, 2015, WRIGHT also told Rahim to delete and "completely wipe out everything" from his laptop computer by restoring the operating system to

10

the original "factory setting."

      c.     As instructed, before leaving his residence on June 2, 2015 and encountering law enforcement, Rahim took steps to restore his laptop computer to the original factory operating system so as to delete the contents of his computer.

      All in violation of 18 U.S.C. § 371.

**COUNT THREE:**     (18 U.S.C. § 1519 – Obstruction of Justice); and
                     (18 U.S.C. § 2 – Aiding and Abetting)

The Grand Jury further charges that:

The allegations contained in paragraphs 1-23 are hereby re-alleged and incorporated by reference as if fully set forth herein.

On or about June 2, 2015, in the District of Massachusetts,

**(1) DAVID DAOUD WRIGHT,
a/k/a DAWUD SHARIF WRIGHT,
a/k/a DAWUD SHARIF ABDUL WRIGHT,
a/k/a DAWUD SHARIF ABDUL KHALIQ,**

defendant herein, did knowingly cause Usaamah Abdullah Rahim to alter, destroy, mutilate, conceal, and cover up a tangible object, namely a laptop computer, with the intent to impede, obstruct, and influence the investigation and proper administration of a matter within the jurisdiction of the Federal Bureau of Investigation, an agency of the United States Government, and in relation to and contemplation of such investigation and matter.

All in violation of 18 U.S.C. §§ 1519 and 2.

**COUNT FOUR:**   (18 U.S.C. § 2332b(a)(2) & (c) – Conspiracy to Commit Acts of Terrorism Transcending National Boundaries)

The Grand Jury further charges that:

The allegations contained in paragraphs 1-23 are hereby re-alleged and incorporated by reference as if fully set forth herein.

From a date unknown but no later than in or about February 2015 and continuing until at least August 2015, in the District of Massachusetts and elsewhere, and involving conduct transcending national boundaries,

**(1) DAVID DAOUD WRIGHT,**
**a/k/a DAWUD SHARIF WRIGHT,**
**a/k/a DAWUD SHARIF ABDUL WRIGHT,**
**a/k/a DAWUD SHARIF ABDUL KHALIQ,**

defendant herein, did knowingly conspire and agree with Usaamah Abdullah Rahim and Nicholas Alexander Rovinski a/k/a Nuh Amriki a/k/a Nuh Andalusi, and with others known and unknown to the grand jury, to kill and maim persons within the United States in violation of the laws of Massachusetts and New York, that is, Massachusetts General Laws Chapter 265 §§ 1 and 15, and New York State Penal Law §§ 125.25(1), 120.05(1), and 120.05(2), and (1) one or more facilities of interstate and foreign commerce were used in furtherance of the offense, and (2) the offense affected interstate and foreign commerce and would have affected interstate and foreign commerce if completed, in violation of 18 U.S.C. § 2332b(a)(1).

## OVERT ACTS

In furtherance of the conspiracy, and to effect its objects, the defendant and his co-conspirators committed overt acts, including, but not limited to, the following:

a. Between in or about February 2015 and continuing until June 2015, Rahim

communicated with members of ISIL located overseas using various messaging applications. For example, in or about May 2015, Junaid Hussain directly communicated instructions to Rahim with regard to the murder of Intended Victim-1.

    b. On or about March 18, 2015, WRIGHT forwarded Rahim a link to a file entitled, "how to survive in the west (2015) (1).pdf," which WRIGHT stated is "perfect for the initiative" and was written by an ISIL leader. WRIGHT advised Rahim that he is "now studying" it and instructed Rahim to "read it tonight."

    c. On or about March 18, 2015, WRIGHT and Rahim exchanged text messages regarding the recruitment of a "brother" to assist them in their plans without "exposing" themselves "because [the brother's] intention maybe to live under the law …not die under it."

    d. On or about April 11, 2015, WRIGHT sent text messages to Rahim that read, in pertinent part: "it may take about a year to mobilize. Not because brothers ain't willing but because they're ignorant just as we once were. I've been studying and by the time these things work out in shaa Allah it will be a great success. Allaahu akhbar."

    e. On or about April 19, 2015, WRIGHT conducted several internet search queries using Google including: "which tranquilizer put humans to sleep instantly;" "purchase tranquilizer gun;" "purchase firearms online;" and "purchase taser gun."

    f. On or about April 28, 2015, WRIGHT forwarded a document he found on the internet entitled "Internal Conquest" to a Facebook user. The "Internal Conquest" document solicits the "Lions of Allah" living in the United States to attack their fellow citizens and become martyrs in the name of ISIL's leader Abu Bakr al-Baghdadi.

    g. On or about April 28, 2015, WRIGHT drafted an organizational document for a

"Command and Control Cell" and "Martyrdom Operations Cell."

h. On or about May 9, 2015, WRIGHT and Rovinski met in Rhode Island to discuss their plans.

i. On or about May 19, 2015, WRIGHT conducted an internet search query – "what is the most flammable chemical."

j. On or about May 20, 2015, using a social media application, Rovinski told a person located in the United Kingdom that he no longer intended to go to Syria to fight. Rather, he stated he "[would] be carrying out things" in the United States.

k. On or about May 25, 2015, WRIGHT conducted an internet search query – "how to start a secret militia in US."

l. On or about May 25, 2015, Rahim conducted social media searches for the name of Intended Victim-1 and the name of a relative of Intended Victim-1.

m. On or about May 25, 2015, Rahim purchased an Ontario Spec Plus Marine Raider Bowie fighting knife ("Marine fighting knife") and a device used to sharpen knives from Amazon.com. The Marine fighting knife Rahim purchased is 15 inches long when opened, contains a 9.75" blade, and weighs 22.4 ounces.

n. On or about May 27, 2015, Rahim purchased a second Marine fighting knife and an Ontario Knife SP6 Spec Plus Fighting Knife 8325 ("SP6 Spec Plus Fighting Knife") from Amazon.com. The SP6 Spec Plus Fighting Knife Rahim purchased is 13 inches long and has an eight-inch blade.

o. Between in or about May 2015 and in or about June 2015, Rovinski viewed videos on how to make weapons on YouTube and downloaded them to his account.

p.  On or about May 31, 2015, WRIGHT, Rovinski, and Rahim met for more than two hours on a secluded beach in Rhode Island.  During that meeting, the three men discussed a plan to behead Intended Victim-1.

q.  On May 30, 2015, in preparation for his meeting with WRIGHT and Rahim on May 31, 2015 to discuss beheading enemies of ISIL, Rovinski researched saws and cutting and chopping tools using the internet.

r.  On or about June 2, 2015, after Rahim informed WRIGHT that he could not wait until July 4, 2015 to go after their target (Intended Victim-1) and instead wanted to "go after" the "boys in blue," in Massachusetts that day or the following day, WRIGHT encouraged Rahim to pursue "martyrdom."

s.  Less than two hours after WRIGHT encouraged Rahim to attack police officers in Massachusetts, Rahim was in a public parking lot in Roslindale, when he was approached by Boston Police Officers and FBI Special Agents.  Rahim took out one of the three knives he had purchased from Amazon.com when he saw the officers and agents.  The officers and agents told Rahim to drop his weapon and Rahim responded, "you drop yours."  Rahim then moved towards the officers and agents while brandishing his weapon, and he was shot by law enforcement.

t.  Within minutes of learning from a family member that Rahim had attempted to attack a police officer and was shot, at approximately 7:40 a.m., WRIGHT deleted data from his laptop computer by restoring the computer to its original factory settings.  Additionally, on the morning of June 2, 2015, Wright deleted call logs on his mobile phone that showed that he had spoken to Rahim that morning.

u. In or about August 2015, Rovinski pledged his allegiance to ISIL and its leader, "Abu Bakr al-Baghdadi," in writing.

v. In or about August 2015, while in jail, Rovinski wrote letters to WRIGHT describing ways they could continue to execute their plans to take down the United States government and decapitate non-believers.

All in violation of 18 U.S.C. §§ 2332b(a)(2), 2332b(c), and 2.

**COUNT FIVE:**       **(18 U.S.C. § 1519 – Obstruction of Justice)**

The Grand Jury further charges that:

The allegations contained in paragraphs 1-23 are hereby re-alleged and incorporated by reference as if fully set forth herein.

On or about June 2, 2015, in the District of Massachusetts,

**(1) DAVID DAOUD WRIGHT,**
**a/k/a DAWUD SHARIF WRIGHT,**
**a/k/a DAWUD SHARIF ABDUL WRIGHT,**
**a/k/a DAWUD SHARIF ABDUL KHALIQ,**

defendant herein, did alter, destroy, mutilate, conceal, and cover up a tangible object, namely a laptop computer, with the intent to impede, obstruct, and influence the investigation and proper administration of a matter within the jurisdiction of the Federal Bureau of Investigation, an agency of the United States Government, and in relation to and contemplation of such investigation and matter.

All in violation of 18 U.S.C. § 1519.

A TRUE BILL

*Richard Healy*
FOREPERSON OF THE GRAND JURY


B. STEPHANIE SIEGMANN
Assistant United States Attorney

Gregory R. Gonzalez
Trial Attorney
U.S. Department of Justice, National Security Division

DISTRICT OF MASSACHUSETTS, Boston, MA                February 15, 2017


Returned into the District Court by the Grand Jurors and filed.

Deputy Clerk
2/15/2017
@ 3:40