**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States | 15-CR-10153-WGY |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| David Wright | criminal |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
KEEPER OF RECORDS - MCI-Cedar Junction
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
P.O. Box 100 Route 1A, South Walpole, MA 02071

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Jessica Hedges
Hedges & Tumposky, LLP
15 Broad St.
Boston, MA 02109

Number of process to be served with this Form 285:
Number of parties to be served in this case: 1
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

FILED IN CLERK'S OFFICE
2017 APR 27
U.S. DISTRICT COURT
DISTRICT OF MASS.

2017 APR 26

Signature of Attorney other Originator requesting service on behalf of:
☐ PLAINTIFF
☒ DEFENDANT
TELEPHONE NUMBER: 617 722 8220
DATE: 4/13/17

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: B38
District to Serve No.: B38
Signature of Authorized USMS Deputy or Clerk
Date: 04/26/2017

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Cheryl Maher

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 4/27/17
Time: 9:10 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | 20.52 | — | 85.52 | | $0.00 |

REMARKS: 1 DUSM, 1 HR, R/T Mileage = 38 miles

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 15-CR-10153-WGY

## PROOF OF SERVICE

This subpoena for (name of individual and title, if any) Keeper of Records - MCI Walpole was received by me on (date) 4/26/17.

☒ I served the subpoena by delivering a copy to the named person as follows: Cheryl Maher on (date) 4/27/17 ; or

☐ I returned the subpoena unexecuted because: ____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ ____.

My fees are $ 65.00 for travel and $ 20.52 for services, for a total of $ 85.52 / 0.00.

I declare under penalty of perjury that this information is true.

Date: 4/27/17

Server's signature

J. Bourque DUSM
Printed name and title

USMS 1 Courthouse Way, Boston, MA 02210
Server's address

Additional information regarding attempted service, etc: