**Conversations between Dawud (Umar) and me**

**Media:** unseen.is  (**https://download.unseen.is/**)

This software allows people to message each other untraceably. Umar uses it to communicate with his friends. To make an account, you need an email. The following website creates a burner email without identity being exposed: http://www.yopmail.com/en/

Umar and I use unseen.is to communicate with each other.

**Dawud (Umar):**

**User name: shadowcloak**

**My user name: Samikareem**

-----------------------------------------------------------------------------------------------------------------

**Conversations start:  24th, April, 2015**

**Samikareem (me)**

Me: Okay awesome. I guess my confusion comes from the fact that you want to do many things. You have told me that you want to study in Madina and perhaps live there. And also i know you have told me and expressed an interest in al-Hijra to the land of muslims in Syria and Iraq. My question is: how will you manage to choose between those distinations?

Shadowcloak (Umar)

Umar: 5:31 AM

It has already been chosen. I realised that as soon as my niyah [intention] changed, Allah made one path easier over the other. I then started having a multitued of truthful dreams which is 1 of the 45 parts of prophethood left over for the believers. If I don't actually get over to Madinah then it is fine. I initially intended to make hijarah to the Islamic State but then Allah inspired in my heart another reality.
5:31 AM
And that is to wage war on these kuffar here in America.

I've seen the statements of our brothers in the Islamic State and they say that we are in the heart of the kuffar who are bombing the Muslims and leading the coalition against the Islamic state with 40 other countries backing them up including KSA, Qatar, Canada, UK, Australia.

Here in america there are no borders, no drones, apart from the Police and National Guard and stationed military there is no serious threat which can't be stopped.
5:33 AM
Now before one thinks that this is just a suicide mission. It is not, there is wisdom behind the actions and specific targets.
5:34 AM
You may have heard that the Islamic State has a hacking division which hacked the official military site of the US and retrieved 100 names and home addresses of Military Generals and Pilots who are bombing the Islamic State.
5:34 AM
It was on Fox News, CNN and BBC
5:34 AM
there faces were blocked out on the news for their protection

5:38 AM

**Me:**
Sorry for my ingnorant question, but how do you find such brothers in the US? how do you know they exist? i mean, what kind of media you find them with?

**Umar:** 5:38 AM

They can't be found

5:38 AM

the Mujahideen in Syria told us that he is sorry but can't release their names or addresses to us for security reasons.

5:39 AM

The less that the cells know between eachother the more secure they will be if one gets captured.

5:39 AM

so they don't spill the beans

5:39 AM

Even down to me
I have many alias and none but my family know my real name

5:39 AM

and a few reliable brothers.

but I am very intelligent and with Tawakkul in Allah, everything will be A OK

This will take some time. I am preparing the information this weekend in shaa Allah. The United States appears as a strong nation but they have WEAK HEARTS AND SOULS. I intend to travel to every state and visit the Masjids in the strongest Sunni/Salafi areas.

5:43 AM

And then slowly call them to Dawatul Salafiyah wal Jihad

5:43 AM

these brothers are upon the correct manhaj

5:43 AM

but most blindly follow the Ulemah who have wrongfully condemned the Islamic State without right.

5:43 AM

They've provided false fatwaa without any daleel [Evidence] to back up their claims

5:43 AM

even the reputable among them.

5:44 AM

Even with 10 good brothers armed with AR-15's and 45 Pistols could take out dozens of police officers instantly.

5:44 AM

if trained well

5:44 AM

which I intend them to be

5:44 AM

My dreams Allah has communicated with me

5:45 AM

and my desire to obey the Khilafah and fight against the Taghut [Devil] here

5:45 AM

is just as strong as my brothers who want to make hijrah to ad-Dawlah

5:45 AM

them brothers said we should remain and if they could be with us they would be.

5:45 AM

I will strike fear in there hearts

5:46 AM

they will not continue to bomb hospitals, market places, funerals and weddings and kill dozens of Muslim children while supporting Bashar al Assad and the State of Israel.
5:47 AM
Why should the Americans sleep in peace when our Muslim Ummah is being slaughtered by them?
5:47 AM
for over 10+ years the US has propagated that we Muslims were terrorist.
5:47 AM
and Muslims around the world in US and UK and Australia and France are having Islamic Hijab banned
5:47 AM
in China it's illegal for the Muslims to fast during ramadan
5:48 AM
I refuse to sit back any longer
5:48 AM
I fear none but Allah
5:48 AM
I will make examples of these kuffar
5:48 AM
They will not sleep in comfort
5:48 AM
but because I know of the role of the US

5:49 AM
attacking in one place is not sufficient like Boston
5:49 AM
rather it must happen in at least 10 states across the country
5:49 AM
so they don't know what to do
5:49 AM
because if it happens in one city
5:49 AM
then they call in Homeland Security
5:49 AM
lock the state down
5:49 AM
and no one gets in or out
5:49 AM
then they do a ground and aerial search until they find the culprits
5:49 AM
just like they did for that staged false flag boston bombing
5:50 AM
when they shut down the hole state
5:50 AM
looking for Jahar Tsarnave
who just had his trial on Tuesday and I believe will be on death row
5:50 AM
I refuse to sit back
and now it is being realized even greater through the Islamic State
5:51 AM
the Khilafah has returned.

**Samikareem (ME)**  5:51 AM

**got it!**
**5:53 AM**
**I think i understand what you are trying to explain. but let me challenge you here very quickly if i may, Boston bombing killed civilians rather than soldiers. do you agree that your new target,**

**which happens to be soldiers, is different from targeting civilians? I mean, do you think it is wrong to target civilians?**

5:54 AM

**i am asking because I want to undersand more about such arguments.**

**Shadowcloak (Umar)**

5:54 AM

Well this would fall under the misunderstanding of what an 'Innocent civilian/person' is in Islamic context. Anyone who allies with the Taghut or supports them is just like them.

5:55 AM

When the American citizens, VOTE for these politicians who push their foreign policy on Islamic countries. There is no difference between a civilian in plain clothes and a soldier.

5:56 AM

One is firing the weapon while the other is supporting the one whos is firing the weapon. Are they the same? Absolutely.

5:57 AM

Just as Shaykh Abu Muhammad adnani ash Shami (hafidthualllaah) said in his speech to the Mujahideen; "O Lions of Allah, what have you done that could make someone all the way in Canada or Australia leave there homes to come anf fight you? Indeed the US has lied, we did not wage war on you rather you waged war on us." he is the senior spokesman for the Islamic State.

In terms of the Sunnah, Generally speaking the Prophet (salallaahu 'alayhi wasalaam) forbade the killing of women, children, elderly, sick or destroying their animals or trees or mutilating the bodies. During warfare.

5:59 AM

However,  Imam an Nawawi and Imam al Qurtubi were both under the view in regard to Qisas (retaliation) this ruling is lifted.

If the women or children take up arms against the Mujahideen or the elderly or sick or inflict a harm on the Muslims, then we have the right to inflict equal damage to them.

**samikareem**

6:02 AM

**So let me say it again, you are intending to go to Madina since you are waiting for your visa Insha allah. But if it does not work, you will stay in the US and continue jihad from there?**

**shadowcloak**

6:03 AM

Indeed.

6:04 AM

I intend on going to Madinaht to learn Arabic fluently for the 2 years at which point I may return to the US and or I may stay for the 6 to get a BA in Shari'ah Law and then return and educate the people from Saudi so when I return they will be ready.

6:04 AM

Going to Madinah would be a blessing to meet many brothers and network.

6:05 AM

I wouldn't dare mention what I've said today over there because the munafiq kingdom [Saudi Arabia] is allied with the US and would have me sent back home on the first thing smoking and would inform the US authorities of the reason for me being deported.

6:05 AM

When I first contacted you on Facebook, I didn't know about the Islamic State and only heard of the term 'ISIS' but didn't know what it meant at all.

6:06 AM

I heard many bad things about them and had to do the research

6:06 AM

and later discovered not only was it all refuted but it was all confirmed by the Shari'ah

6:06 AM

and that is when I've grown in that regard

6:06 AM

and my mentality has changed

6:06 AM

I now feel like a complete Muslim who has left the state of modernism

Me:

 who is the Albanian friend of yours who left to the Islamic State 3 weeks ago? May I know his name? you do not have to tell me if you do not want to.

shadowcloak

6:10 AM

Yes

6:10 AM

grew up in New Jersey

6:10 AM

born and raised

6:10 AM

very good brother

shadowcloak

I think you would be more scared to know how organized what im saying will be

6:17 AM

| | |
|---|---:|
| this isn't random attacks | 6:17 AM |
| this is thought out | 6:17 AM |
| well mapped | 6:17 AM |
| it's intense akhi wallahi | |

**samikareem**

so how many years from now are you planing to excute? — 6:17 AM

**shadowcloak**

| | |
|---|---:|
| if everything gos well for me financially with this Lawsuit in the coming months | 6:18 AM |
| I say 1 year or less | 6:18 AM |
| and the funny thing is I will be using their resources against them | 6:18 AM |
| I will go to Firearms training | 6:18 AM |
| and then the Civilian Police Academy for certification | 6:18 AM |
| and then I will take everything I learn from them | 6:18 AM |
| and teach it to the brothers | 6:18 AM |

**Samikareem (me)**

oh you want to join the police academy to learn how to use weapons then do the attacks? — 6:19 AM

**shadowcloak**

| | |
|---|---:|
| I will join the Police Academy for mainly physical training and to see how they operate. | 6:20 AM |
| And go to firearms training to learn how to clean a weapon | 6:20 AM |
| break it down | 6:20 AM |
| reassemble it | 6:20 AM |
| and then off to the range | 6:20 AM |
| this is a 1 day course | 6:20 AM |
| I believe like 16 hours | 6:20 AM |
| this isn't the full BECOME A COP academy | 6:21 AM |
| which is for like 6 weeks or 6 months | 6:21 AM |
| this is different | 6:21 AM |

**Conversations end here for 24th, April, 2015**

**New Conversation Sunday, 17th, May, 2015.**

**Umar is back in online school:**

|  | 2:13 PM |
| --- | --- |
| @ Post University | |
|  | 2:14 PM |
| BA in Computer Information and Programming | |
|  | 2:14 PM |
| classes begin in June | |
|  | 2:14 PM |
| I will take them while I am in Madinah | |
|  | 2:14 PM |
| You can do alot with Programming | |

| | |
| --- | --- |
| I intend on going to al-Madinah and gaining knowledge, once I graduate I will return and educate the people on Dawatul Salafiyah wal Jihad | |
| | 2:26 PM |
| and then I will build and prepare why I am here | |
| | 2:26 PM |
| by the time it's all said and done | |
| | 2:26 PM |
| b'idthnillah it will be very intense. | |
| | 2:27 PM |
| 2 Mujahids were martyred in Texas for attempting to kill everyone at the "Draw Muhammad" cartoon contest held by the New Yorkian Jew, Pamela Gellar. | |
| | 2:27 PM |

| | |
|---|---|
| the Islamic State confirmed and approved of them | |
| | 2:27 PM |
| and said that they have 71 more trained Mujahid fighters in 15 other US states | |
| | 2:27 PM |
| ready to act as soon as the order is given | |
| | 2:27 PM |
| I don't know who they are | |
| | 2:27 PM |
| and they don't know about me for security reasons | |
| | 2:28 PM |
| the information is kept contained | |

**samikareem**

2:30 PM

you have told me so many things regarding your plans and everything. You have put lots of trust on me. Why is that? Why have you told me all of it?

**aomega889**

2:30 PM

One could also ask me how I know that you're not an informant and wont just run to the authorities and tell them what I've told you?

2:31 PM

The answer is that #1 Tawakul in Allah

2:31 PM

#2 I am very secure even when I am blatently open

2:31 PM

#3 I am very secure even when I am blatently open

2:31 PM

when you first met me online

2:31 PM

you informed me of your cousins who were mujahideen in Yemen

2:32 PM

and asked for great secrecy in the matter

2:32 PM

I tell you because the more brothers whom I can trust the better.

2:33 PM

But just so I am ever so clear, because we have given our bayah to Amirul Mumineen

2:33 PM

and because we have affirmed the haqq

2:33 PM

if any Muslims aids the kuffar against the Muslims it is kuffar akbar and they would have become murtadeen from Islam

2:33 PM

and their blood, wealth, honor will become Halal.

2:33 PM

If I learned of a Muslim betraying me with the kuffar.

2:34 PM

I would personally remove his head from his body.

2:34 PM

and if not his head then he will be executed by heavy gun fire in his home, school, work, public, private ANYWHERE he is at.

2:34 PM

and I am faithful in Allah, that he wont be able to escape me

2:34 PM

or my brothers.

**samikareem**

2:41 PM

let me ask you quickly Umar: the Islamic State has killed lots of Mulims and kicked out lots more in Iraq and Syria. I am not sure what they have done wrong, but it seems there are so many Muslims have died because the Islamic States. How do you explain it?

**Umar:**

2:42 PM

A big misconception among the Muslims is that it is Haram to kill Muslims.

2:42 PM

This is untrue

2:43 PM

According to the Shari'ah Muslims can be killed for a number of different reasons including; [Adultery, Murder, Homosexual Sex, Rape, Apostasy]

2:43 PM

agreed?

2:47 PM

Now because the Islamic State has been established and a Khalifah has been chosen, the Hisbah (Social Police) arrest those Muslims who violate the Shari'ah. They are then brought before a judge who issues a sentence according to the Book of Allah and the Sunnah. The Muslims are then executed in this manner if their crime is worthy of it.

2:47 PM

So Killing a Muslim and Murdering a Muslim are two different dynamics.

2:47 PM

If we say that the Islamic State is murdering Muslims (i.e. Murder being an unjust killing) because they are slaying Muslim soldiers in Iraq and Syria.

2:47 PM

This must be explained in detail.

3:01 PM

Trust me when I tell you, if I wasn't 100% and I MEAN ONE HUNDRED PERCENT certain of the legitimacy of the Islamic State I would never had brought it to your attention.

3:01 PM

I studied them for 3 weeks before accepting their haqq

3:01 PM

and then contnue to study them for a few months

3:01 PM

and then became completely overwhelmed with evidence and couldn't resist

3:01 PM

almost been a year now

They represent Islam completely and that's why these modernist don't recognize them.

3:02 PM

They're use to the Disneyland version of Islam propagated by these Westernized Hypocrites.

3:02 PM

you know the ones

3:03 PM

11 | P a g e

who cry when a single kuffar dies or justin beiber's concert gets cancelled but doesn't flinch at the Muslims women being raped, men being raped and killed and children being bombarded with drone strikes

**Conversation end here.**