**U.S. Department of Justice**
**United States Marshals Service**

FILED
IN CLERK'S

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States | 15-CR-10153-WGY |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| David Wright | criminal |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Office of the General Counsel, U.S. Department of Homeland Security
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
245 Murray Lane, SW Mail Stop 0485 Washington, DC 20528-0485

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Jessica Hedges
Hedges & Tumposky, LLP.
50 Congress Street, Suite 600
Boston, MA 02109

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

The Immigration Alien File ("A File") of Khalid Gamal Sharafaddin

Signature of Attorney other Originator requesting service on behalf of:
☐ PLAINTIFF
☒ DEFENDANT
TELEPHONE NUMBER: 617 722 8220
DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY -- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only for USM 285 if more than one USM 285 is submitted)
Total Process | District of Origin No. B38 | District to Serve No. B16 | Signature of Authorized USMS Deputy or Clerk | Date 07/19/17

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Sam Hillhouse OGC

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date 9/1/17  Time 0945 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy
S. Beaudin 31004

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund) |
|---|---|---|---|---|---|
| $130.00 | N/A | 8.00 | $138.00 | N/A | $0.00 |

REMARKS: (2) DUSM @ $65.00 per DUSM = $130.00 + $8.00 Forwarding Fee = $138.00 total

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT* - To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

UNITED STATES MARSHALS SERVICE
CERTIFIED TRUE COPY

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 15-CR-10153-WGY

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* David Wright
was received by me on *(date)* 8/3/17.

☒ I served the subpoena by delivering a copy to the named person as follows: Sam Hillhouse
OGC Homeland Security
on *(date)* _____; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$ 138.00 .

My fees are $ 0 for travel and $ 138.00 for services, for a total of $ 138.00 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9/1/17

_____
Server's signature

J. Beaudin DUSM
Printed name and title

333 Constitution Ave NW
Server's address

Additional information regarding attempted service, etc: