# United States Court of Appeals
## For the First Circuit

No. 26-1932

IN RE: DAVID DAOUD WRIGHT,

Petitioner.

Before

Montecalvo, Aframe, and Dunlap,
Circuit Judges.

**JUDGMENT**

Entered: August 21, 2026

Petitioner has filed a petition for writ of mandamus seeking an order from this court requiring the district court to rule on his 28 U.S.C. § 2255 motion, which has been pending for a number of months. After careful review of the petition and relevant portions of the district court record, we conclude that the extraordinary remedy of mandamus is not warranted at this time. See Da Graca v. Souza, 991 F.3d 60. 64 (1st Cir. 2021)(general mandamus principles). Accordingly, the petition is denied. We are confident that the district court will promptly decide the motion. The clerk is directed to provide a copy of this judgment to the district court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Hon. Denise Jefferson Casper
Robert Farrell, Clerk, United States District Court for the District of Massachusetts
David Daoud Wright
William F. Abely
Donald Campbell Lockhart
Randall Ernest Kromm
Gregory R. Gonzalez
Jeffrey J. Pyle